# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 1131

VERSUS

CARL BARRAS                                          **JANUARY 29, 2025**

---

In Re:     Carl Barras, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           188319.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.** The new rule of criminal procedure announced in **Ramos v. Louisiana**, 590 U.S. 83, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020), which provides for unanimity in jury verdicts is not retroactive in Louisiana. **State v. Reddick**, 2021-01893 (La. 10/21/22), 351 So.3d 273, 283. See also **State v. Jackson**, 2022-00720 (La. 5/16/23), 360 So.3d 473 (per curiam). Relator's conviction became final in 1992, when the supreme court denied writs. See La. Code Crim. P. art. 922(D). Therefore, relator's application for postconviction relief is untimely and he failed to demonstrate that an exception to the time delay applies to his case. See La. Code Crim. P. art. 930.8.

                                    **EW**
                                    **SMM**
                                    **HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT